GEOFF HANSEN
Acting Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Javier Omar Valle Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00191 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING APPEARANCE FOR CHANGE OF PLEA AND SENTENCING FROM MAY 16, 2012 TO MAY 30, 2012 AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| JAVIER OMAR VALLE HERNANDEZ, | |
| Defendant. | |

**STIPULATION**

The parties are scheduled to appear before this Court for change of plea and sentencing pursuant to a fast-track agreement on May 16, 2012. Defense counsel has become unavailable at that time and date and requests that the matter be continued to the Court's calendar on May 30, 2012 at 2:30 p.m. In light of defense counsel's unavailability, the government has no objection to this continuance.

The parties also agree that the time between May 16, 2012 and May 30, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for continuity of defense counsel and effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of

STIP. & ORDER
No. CR 12-00191 EMC - 1 -

justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: May 14, 2012         /s/
          J. MARK KANG
          Special Assistant United States Attorney

DATED: May 14, 2012         /s/
          SHAWN HALBERT
          Assistant Federal Public Defender

### [PROPOSED] ORDER

For the reasons stated above, the Court finds that the continuance of the next hearing before this Court for change of plea and sentencing from May 16, 2012 to May 30, 2012 is warranted. Further, the Court finds that an exclusion of time under the Speedy Trial Act between May 16, 2012 to May 30, 2012 is appropriate because the failure to grant the requested continuance would deny the defendant continuity of counsel and effective preparation of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

SO ORDERED.

DATED: May 15, 2012

THE HON_____
United States_____

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA